WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Short and Barbara Short, a married couple,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Chase Home Finance LLC; and John and Jane Doe, a married couple,<br><br>　　　　　　　Defendants. | No. CV-11-133-PHX-DGC<br><br>**ORDER** |

Defendant Chase Home Finance LLC has filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Doc. 6. In response, Plaintiffs have filed a motion for leave to file an amended complaint pursuant to Rule 15. Doc. 7.

Rule 15 makes clear that the Court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). This policy in favor of leave to amend must not only be heeded, *Foman v. Davis*, 371 U.S. 178, 182 (1962), it must be applied with extreme liberality, *Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 880 (9th Cir. 2001). This liberality "is not dependent on whether the amendment will add causes of action or parties." *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987).

Pursuant to Rule 15(a)(2), and in the interests of justice, the Court will grant the

motion for leave to amend. Plaintiffs shall file the proposed amended complaint (*see* Doc. 7-1) by March 25, 2011. The motion to dismiss the original complaint will be denied as moot.

**IT IS ORDERED:**

1. Plaintiffs' motion for leave to file an amended complaint (Doc. 7) is **granted**.

2. Plaintiffs shall filed the proposed amended complaint (*see* Doc. 7-1) by **March 25, 2011**.

3. Defendant's motion to dismiss the original complaint (Doc. 6) is **denied** as moot.

Dated this 15th day of March, 2011.

David G. Campbell
United States District Judge