**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Short and Barbara Short, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>Chase Home Finance LLC; and John and Jane Doe, a married couple,<br><br>Defendants. | No. CV-11-133-PHX-DGC<br><br>**ORDER** |

Plaintiffs filed suit in December 2010. Doc. 1-1 at 4-22. More than two months ago, on April 8, 2011, Defendant Chase Home Finance LLC ("Chase") filed a motion to dismiss the amended complaint. Doc. 10. Plaintiffs' counsel, Devin Andrich, sought an extension of time to respond on the ground that he had miscalculated the response period. Doc. 11. The Court gave Plaintiffs until April 29, 2011 to file a response. Doc. 12. To date, no response has been filed.

Chase has filed a motion for summary ruling pursuant to Local Rule of Civil Procedure 7.2(i). Doc. 13. In response, Mr. Andrich states that due to computer problems in his office he was unable to electronically file a response to the motion to dismiss using this District's ECF system, that he attempted to hand-file a response but it

was refused by the Clerk's Office, and that he is in the process of replacing servers and reinstalling software programs in his office which will allow him to use the ECF system in the future. Doc. 14. Given these circumstances, Mr. Andrich requests leave to file a hardcopy of Plaintiffs' response to the motion to dismiss.

The Court will grant the request and deny Chase's motion for summary ruling. Mr. Andrich, by **June 20, 2011**, shall file with the Court and serve on Chase a hardcopy of Plaintiffs' response brief. This is a one-time exception to the electronic filing requirement. All future documents shall be filed using the ECF system.

**IT IS ORDERED:**

1. Plaintiff's motion for leave to file response (Doc. 14) is **granted.** Plaintiffs' counsel shall have until **June 20, 2011** to file with the Court and serve on Defendant a hardcopy of the response to the motion to dismiss. The Clerk is directed to accept the filing. All future documents shall be filed using the ECF system.

2. Defendant's motion for summary ruling (Doc. 13) is **denied**.

Dated this 14th day of June, 2011.

_David G. Campbell_
United States District Judge