**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Short and Barbara Short, a married couple,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Chase Home Finance LLC; and John and Jane Doe, a married couple,<br><br>　　　　　Defendants. | No. CV-11-133-PHX-DGC<br><br>**ORDER** |

Defendant Chase Home Finance LLC has filed a motion to dismiss the amended complaint. Doc. 10. Plaintiffs have filed a motion for leave to exceed page limitations with respect to their response brief. Doc. 16. The Court finds the request to exceed the 17-page limit by 2 pages to be reasonable.

**IT IS THEREFORE ORDERED:**

1. Plaintiffs' motion for leave to exceed page limitations (Doc. 16) is **granted**.
2. The Clerk is directed to file the lodged proposed response (Doc. 17).
3. Defendant's shall have until **July 15, 2011** to file a reply.

Dated this 7th day of July, 2011.

_____
David G. Campbell
United States District Judge